STATE OF NEW JERSEY v. SYLVIA BLASSINGALE.

March 19, 1979. Petition for certification is dismissed as having been improvidently granted. (See 79 *N.J.* 464)

FLORENCE TRENTACOST v. DR. NATHAN T. BRUSSEL.

March 19, 1979. Petition for certification granted. (See 164 *N.J.Super.* 9)

PEARL KOWALSKI v. DISTILLERS COMPANY, LTD.

March 27, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. RONALD CAHILL.

March 27, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. MARY LORRAINE LEWIS.

March 27, 1979. Petition for certification denied.